UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TRACEY A. BROCKMANN                    CIVIL ACTION

VERSUS                                 NO. 06-10896

MICHAEL J. ASTRUE,                     SECTION "C" (3)
COMMISSIONER, SOCIAL
SECURITY ADMINISTRATION

ORDER

The Court, after considering the petition, the record, the applicable law, the Magistrate Judge's Report and Recommendation (Doc. #16), and finding that as of this date that neither party has filed any objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Findings and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the Commissioner's Motion for Summary Judgment is DENIED, the Commissioner's decision is REVERSED and VACATED and the plaintiff's case is REMANDED for further proceedings consistent with this Court's opinion

New Orleans, Louisiana, this 15 day January, 2008.

UNITED STATES DISTRICT JUDGE